UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREEMAN DECORATING COMPANY | CIVIL ACTION |
| VERSUS | NO:  02-2103-HGB-SS |
| ENCUENTRO LAS AMERICAS TRADE CORPORATION, et al | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the motion of plaintiff, Freeman Decorating Company ("Freeman Decorating"), for attorneys' fees and costs (Rec. doc. 145) is GRANTED in PART and DENIED in PART and Freeman is awarded attorneys' fees of $82,091.50 and costs of $5,010.26 for a total of $87,101.76.

New Orleans, Louisiana, this 11th day of March, 2007.

UNITED STATES DISTRICT JUDGE